**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Carlos Robanne Lo, on behalf of himself
and all others similarly situated,

       Case No.:  0:20-cv-61319-RKA

    Plaintiff,

v.

Management Health Systems, LLC d/b/a
MedPro Staffing,

    Defendant.
_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Carlos Robanne Lo ("Plaintiff"), through counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of his voluntary dismissal of this action with prejudice.

Dated: August 7, 2020

**VARNELL & WARWICK, P.A.**

By: /s/ Janet R. Varnell
Janet R. Varnell, FBN: 0071072
Brian W. Warwick: FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 10021
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com
ewillis@varnellandwarwick.com
kstroly@varnellandwarwick.com
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Tel: 352-753-8600
*jvarnell@varnellandwarwick.com*
*bwarwick@varnessandwarwick.com*
*kstroly@varnellandwarwick.com*

1

**NICHOLS KASTER, PLLP**
Anna P. Prakash (MN Bar No.0351362)*
Charles A. Delbridge (MN Bar No. 0386639)*
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
*aprakash@nka.com*
*cdelbridge@nka.com*
*\*Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system on this 7th day of August, 2020.

s/ Janet R. Varnell
Janet R. Varnell
